UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                   Case No. 06-20519
-vs-                                Hon: AVERN COHN

JAMAL ODEESH, et al.,

    Defendant.

_____/

## **ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS**

For reasons stated on the record on May 01, 2008, the motion styled

    Motion To Suppress Evidence Obtained By The Police In Violation Of The Fourth Amendment To The United States Constitution And Request For An Evidentiary Hearing

is DENIED.

    SO ORDERED.

                                     s/Avern Cohn
                                     AVERN COHN
                                     UNITED STATES DISTRICT JUDGE

Dated: May 5, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 5, 2008, by electronic and/or ordinary mail.

                                     s/Julie Owens
                                     Case Manager, (313) 234-5160